EDITH ROSENBLOOM, Respondent, *v.* AMOS BALDWIN, Appellant, Impleaded with Another.

ESTHER MOTYCA et al., as Administrators of the Estate of NEENAH CHAPMAN, Deceased, Respondents, *v.* AMOS BALDWIN, Appellant.

Argued March 17, 1937; decided April 20, 1937.

*Charles J. Yorkey* for appellant.

*Clifford H. Searl* for Edith Rosenbloom, respondent.

*Dwight L. Murphy* for Esther Motyca et al., as administrators, respondents.

In each case, judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.